No. 76–1835.   SLODOV v. UNITED STATES.   C. A. 6th Cir. Certiorari granted and case set for argument with No. 76–1800, immediately *supra*.

No. 77–25.   FLAGG BROS., INC., ET AL. v. BROOKS ET AL.;

No. 77–37.   LEFKOWITZ, ATTORNEY GENERAL OF NEW YORK v. BROOKS ET AL.; and

No. 77–42.   AMERICAN WAREHOUSEMEN'S ASSN. ET AL. v. BROOKS ET AL.   C. A. 2d Cir.   Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 553 F. 2d 764.

No. 76–1254.   IN RE HUNT.   Ct. App. D. C.   Certiorari denied.

No. 76–1298.   WORTHINGTON v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 76–1345.   SOVEREIGN NEWS Co. v. UNITED STATES. C. A. 6th Cir.   Certiorari denied.

No. 76–1373.   MEYER v. UNITED STATES.   Ct. Cl.   Certiorari denied.

No. 76–1385.   SEXTON v. CALIFORNIA.   App. Dept., Super. Ct. Cal., County of Orange.   Certiorari denied.

No. 76–1396.   SHAFER ET UX. v. SMITH ET AL.   App. Ct. Ill., 4th Dist.   Certiorari denied.

No. 76–1412.   BORLAND ET AL. v. BAYONNE HOSPITAL ET AL. Sup. Ct. N. J.   Certiorari denied.